UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GARY WISE<br>FED. REG. #83201-180 | CIVIL ACTION NO. 2:11-CV-306 |
| VS. | SECTION P<br>JUDGE MINALDI |
| JOSEPH P. YOUNG, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**IT IS ALSO ORDERED** that all pending motions in this matter [Doc. 2, Motion to Proceed by Next Friend; Doc. 4, Motion for Summary Judgment; and, Doc. 7, Motion for Temporary Restraining Order] be **DENIED AS MOOT.**

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 28 day of October, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE